RECEIVED

MAR 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
FOR NORTHERN CALIFORNIA
SAN JOSE

E.T. COLLINS -VS- GOVERNOR

DOCKET: C 23 01453

HON. _____ NC

PETITION FOR COURT ORDER

MARCH 15, 2023

RET 3-23-23

E.T. Collins

CLERK

FILED

MAR 28 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

FOR NORTHERN CALIFORNIA

280 SOUTH 1ST STREET

SAN JOSE, CA 95113

MARCH 2023

C HON. 23 01453

DOCKET. _____

NC

ERRICK TYRONE COLLINS

440 GEARY STREET - 506

SAN FRANCISCO, CA 94102

PLAINTIFF

DEPARTMENT OF MOTOR VEHICLE

1377 FELL STREET

CALIFORNIA SECTETARY OF STATE

RESP.

ET. COLLINS-VS-GOVERNOR G. NEWSON

PETITION TO THE COURT FOR THE
COURT TO ANSWER OF LAW AND ACTION
UPON SLAVERY MATTER, WAIVER OF FEES.
$402 ENCLOSED

TO BE NOTED AND FILE IN GOOD FAITH
UPON THE CLERK WITH FIVE COPIES,
TO A CIVIL RIGHTS MATTER TO BE
PLACE UPON THE JUDGE AND COURT.

(FOUR PAGES)  ERRICK T. COLLINS

UNITED STATES DISTRICT COURT
FOR NORTHERN CALIFORNIA

ERRICK TYRONE COLLINS

VS.

GOVERNOR GAVIN NEWSON
FOR STATE OF CALIFORNIA

**FILED**
**MAR 28 2023**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**C   23 01453**

DOCKET

NC

HON.

PETITION TO THE COURT FOR
THE COURT TO ANSWER OF
LAW AND ACTION UPON SLAVERY

GOV. GAVIN NEWSON: AS NOTICE, THAT
UNDER MEDICAL AND PHYSICAL STATUS,
THE PLAINTIFF A 65 YEAR OLD ILL
BLACK MALE, SS: 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, BD
11-29-57, 440 GEARY STREET -506,
SAN FRANCISCO, CALIFORNIA 94102.
ERRICK TYRONE COLLINS, HAS BEEN
BLOCK AND BAR FROM ATTAINING ANY
IDENTIFICATION CARDS (I.D.) UPON
THE PAST YEARS UNDER NOW FIVE
YEARS GOVERNOR GAVIN NEWSON,
COLLINS WAS PLACE IN CALIFORNIA NINETEEN
(19) YEARS AGO BY FEDERAL OFFICERS.

P. 02 OF 04          ET. COLLINS

UNITED STATES DISTRICT COURT
FOR NORTHERN CALIFORNIA

ET. COLLINS   VS. GOVERNOR NEWSON
DOCKET:  _____   C (HON, 23 01453

STATE OF FACTS                                    NC

GOV. GAVIN NEWSON: AS NOTICE,
THAT UNDER MENTAL AND PHYSICAL
STATUS, THE PLAINTIFF A 65 YEAR
OLD ILL BLACK MALE, HAS BEEN
BLOCK AND BAR FROM ATTAINING
ANY IDENTIFICATION CARDS (ID),
COLLINS WAS PLACE BY FEDERAL
MEMBERS IN SAN FRANCISCO
(19) NINETEEN YEARS AGO, BUT
UNDER THE NOW GOVERNOR
GAVIN NEWSON WATCH OVER THE
PAST YEARS, HAS BLOCK ALL
IDENTIFICATION CARDS, THE ACT
BLOCKS COLLINS FROM PAST WORK
AND MEDICAL AIDES, THE ACT HAS
FORCE COLLINS MORE ILLNESS AND
BLOCK AWAY FROM ALL FAMILY MEMBERS.

P. 03 OF 04                    ET. COLLINS

UNITED STATES DISTRICT COURT
FOR NORTHERN CALIFORNIA

ET. COLLINS     VS.   GOVERNOR NEWSON
DOCKET _____ C MON. 23-01453

                                              NC
REQUEST OF WAIVER FEE AND
COST UPON IN SLAVERY ACT

THE PLAINTIFF ERRICK TYRONE
COLLINS, SLAVE WITHIN THE
STATE. UPON THE PAST YEARS,
THE GOVERNOR HAS BLOCK FUNDS
AND BLOCK IDENTIFICATION CARDS
TO COLLINS, A 65 YEAR OLD ILL
MALE. THE ACT BLOCKS COLLINS
FROM PAST WORK AND MEDICAL
AIDES. THE ACT FORCE COLLINS
MORE ILLNESS AND BLOCK AWAY
FROM ALL FAMILY MEMBERS,
ON MARCH 09, 2023 AT 2:00
P.M. AT 2:00 P.M. DENY FOR
THE 19TH TIME. PLEASE ENTER
THIS CASE. $402 ENCLOSED

                    ET. COLLINS.
P. 04 OF 04        440 GEARY - 94102