UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRICK TYRONE COLLINS,<br><br>    Plaintiff,<br><br>        v.<br><br>GAVIN NEWSOM,<br><br>    Defendant. | Case No. 23-cv-01453-NC<br><br>**ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE SAN FRANCISCO OR OAKLAND DIVISION**<br><br>Re: ECF 1 |

Plaintiff Errick Tyrone Collins filed a complaint alleging violations of his civil rights stemming from his alleged denial of identification cards. ECF 1. However, Collins appears to be a resident of San Francisco, California. Thus, the Court ORDERS Collins to show cause as to why this matter should not be transferred to the San Francisco or Oakland Division of the Northern District of California pursuant to Civil Local Rule 3-2.

A civil action may be brought before a district court in the judicial district where "a substantial part of the events . . . giving rise to the claim occurred." 28 U.S.C. § 1391. Civil Local Rule 3-2(c) provides that cases not designated as district-wide pursuant to General Order No. 44 must be assigned "to the court division serving the county in which the action arises." The rule continues that "all actions that arise in the count[y] of . . . San Francisco . . . shall be assigned to the San Francisco Division or the Oakland Division." Civil L.R. 3-2(d).

As a preliminary matter, Collins' civil rights action is not subject to district-wide assignment. In the complaint, Collins alleges the repeated denial of his requests for identification cards have prevented him from obtaining work and medical aid. ECF 1 at 4.[1] Collins lists his place of residence as San Francisco, California. There are no obvious facts from the complaint or elsewhere evidencing any of the events occurred within the venue of the San Jose Division.

Accordingly, Collins is ORDERED TO SHOW CAUSE as to why this action should not be transferred to the San Francisco or Oakland Division since his injuries appear to have occurred within those Divisions' jurisdiction. Collins must show cause in writing by April 28, 2023. Because Collins is not represented by counsel, he may wish to seek assistance from the Federal Pro Se Program by calling 408-297-1480.

**IT IS SO ORDERED.**

Dated: March 28, 2023

NATHANAEL M. COUSINS
United States Magistrate Judge

---

[1] The Court cites to the page numbers listed on the ECF banner at the top of each page.