UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERRICK TYRONE COLLINS,

        Plaintiff,

   v.

GAVIN NEWSOM,

        Defendant.

Case No. 23-cv-01453-SI

**JUDGMENT**

This case has been dismissed without prejudice for failure to prosecute. Judgment is entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 1, 2023

                     SUSAN ILLSTON
                     United States District Judge